UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

RALSTON S. BROWN, JR.,

    Plaintiff,

v.

DYCK-O'NEAL, INC.,

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

    1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

## JURISDICTION AND VENUE

    2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

    3.    Plaintiff, RALSTON S. BROWN, JR., is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

4. Defendant, DYCK-O'NEAL, INC., is a corporation and citizen of the State of Texas with its principal place of business at

_____.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

May 6, 2009 – Pre-Recorded Message
Hello this message from Dyck-O'Neal is for Ralston Brown only.  Please call us at 1-800-418-9401 Extension 2307.  Thank you.

May 18, 2009 – Pre-Recorded Message
Hello this message from Dyck-O'Neal is for, Ralston Brown only.  Please call us at 1-800-418-9401 extension 2318.  Thank you.

2

June 4, 2009 – Pre-Recorded Message
Hello this message from Dyck-O'Neal is for Ralston Brown only.  Please call us at 1-800-418-9401 Extension 2334.  Thanks.

June 8, 2009 – Pre-Recorded Message
Hello.  This message from Dyck-O'Neal is for Ralston Brown only.  Please call us at 1-800-418-9401 Extension 2319.  Thank you.

June, 24, 2009 – Pre-Recorded Message
Hello.  This message from Dyck-O'Neal is for Ralston Brown only.  Please call us at 1-800-418-9401 Extension 2306.  Thank you.

July 2, 2009 – Pre-Recorded Message
Hello this message from Dyck-O'Neal is for Ralston Brown only.  Please call us at 1-800-418-9401 Extension 2302.  Thank

July 13, 2009 – Pre-Recorded Message
Hello.  This message from Dyck-O'Neal is for Ralston Brown only.  Please call us at 1-800-418-9401 Extension 2302.  Thank you.

July 21, 2009 – Pre-Recorded Message
Hello.  This message from Dyck-O'Neal is for Ralston Brown only.  Please call us at 1-800-418-9401 Extension 2302.  Thanks.

July 27, 2009 – Pre-Recorded Message
Hello.  This message from Dyck-O'Neal is for Ralston Brown only.  Please call us at 1-800-418-9401 Extension 2302.  Thanks.

August 5, 2009 – Pre-Recorded Message
Hello.  This call is from Dyck-O'Neal and it's for Ralston Brown only.  If this is Ralston Brown only, please call us at 1-800-418-9401 Extension 2501.  Thank you.

August 8, 2009 – Pre-Recorded Message
Hello.  This message from Dyck-O'Neal.  It's for Ralston Brown only.  Please call us at 1-800-418-9401 Extension 2307.  Thanks.

August 11, 2009 – Pre-Recorded Message
Hello.  This message from Dyck-O'Neal is for Ralston Brown only.  Please call us at 1-800-418-9401 Extension 2335.  Thanks.

<u>August 13, 2009 – Pre-Recorded Message</u>
For Ralston Brown only.  If this is Ralston Brown, please 9 now to speak with a representative.  If you are unable to speak with a representative at this time, please call 1-800--418-9401 Extension 2501.

Hello this call is from Dyck-O'Neal and it's for Ralston Brown only.  If this is Ralston Brown, please press 9 now to speak with a representative.  If you are unable to speak with a representative at this time, please call 1-800-418-9401 Extension 2501.

<u>August 18, 2009 – Pre-Recorded Message</u>
Hello this message from Dyck-O'Neal is for Ralston Brown only. Please call us at 1-800-418-9401 extension 2306. Thanks

<u>August 19, 2009 – Pre-Recorded Message</u>
Hello.  The message from Dyck-O'Neal is for Ralston Brown only.  Please call us at 1-800-418-9401 Extension 2306.   Thanks.

<u>August 21, 2009 – Pre-Recorded Message</u>
Hello.  The message from Dyck-O'Neal is for Ralston Brown only.  Please call us at 1-800-418-9401 Extension 2306.   Thank you.

<u>August 25, 2009 – Pre-Recorded Message</u>
Hello.  This message from Dyck-O'Neal is for Ralston Brown only.  Please call us at 1-800-418-9401 Extension 2306.  Thank you.

<u>August 28, 2009 – Pre-Recorded Message</u>
Hello.  This message from Dyck-O'Neal is for Ralston Brown only.  Please call us at 1-800-418-9401 Extension 2318.  Thank you.

11.   Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.   The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

4

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages.

14. Defendant knew it was required to communicate its status as a debt collector and the purpose of its call in telephone messages to Plaintiff.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

15. Plaintiff incorporates Paragraphs 1 through 13.

16. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

   a. Damages;

   b. Attorney's fees, litigation expenses and costs of suit; and

   c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

17. Plaintiff incorporates Paragraphs 1 through 13.

18. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See <u>Valencia v The Affiliated Group, Inc</u>., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); <u>Wright v. Credit Bureau of Georgia, Inc.</u>, 548 F. Supp. 591, 593 (D. Ga. 1982); and <u>Hosseinzadeh v. M.R.S. Assocs.,</u> 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

19. Plaintiff incorporates Paragraphs 1 through 13.

20. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See <u>Sanchez v. Client Servs</u>., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

21. Plaintiff incorporates Paragraphs 1 through 13.

22. Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

23. Plaintiff incorporates Paragraphs 1 through 13.

24. By failing to disclose that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. declaring that Defendant's practices violate the FCCPA;

    d. permanently injoining Defendant from engaging in the complained of practices; and

    e. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

                                  DONALD A. YARBROUGH, ESQ.
                                  Attorney for Plaintiff
                                  Post Office Box 11842
                                  Ft. Lauderdale, FL 33339
                                  Telephone: 954-537-2000
                                  Facsimile: 954-566-2235
                                  donyarbrough@mindspring.com

                              By: s/ Donald A. Yarbrough

Donald A. Yarbrough, Esq.
Florida Bar No. 0158658